428 A.2d 692

Commonwealth v. Kindness, Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

■■■■■■■ Argued March 6, 1980. Michael Kindness, appellant, in propria persona; Floyd P. Jones, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.